September 11, 2012.



# JUDGMENT

# The Fourteenth Court of Appeals

THALIA DE SANTIAGO, Appellant

NO. 14-12-00664-CR                         V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the motion of the appellant to withdraw notice of appeal. Having considered the motion the Court orders the appeal **DISMISSED**.

We order appellant to pay the costs incurred by this appeal.

We further order the mandate be issued immediately.

We further order this decision certified below for observance.